UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**PHILLIP ANNESE,**

                **Plaintiff,**                **5:12-cv-412**
                                                    **(GLS/TWD)**

        **v.**

**SODEXO, INC.,**

                **Defendant.**
_____

## SUMMARY ORDER

On March 12, 2012, defendant Sodexo, Inc. filed a motion to dismiss under Fed. R. Civ. P. 12(b)(6), arguing that plaintiff Phillip Annese's breach of contract claim fails as a matter of law. (*See generally* Dkt. No. 3.) In response, Annese filed, *inter alia*, a cross-motion to amend his Complaint, in which he seeks to add causes of action for promissory estoppel, fraud and negligent misrepresentation. (*See generally* Dkt. No. 7.) Having reviewed the parties' submissions, the court concludes that leave to amend is appropriate. *See* Fed. R. Civ. P. 15(a)(2). It follows that Sodexo's motion to dismiss is denied without prejudice to its right to renew its motion after Annese files his Amended Complaint.

    **ACCORDINGLY**, it is hereby

    **ORDERED** that Annese's cross-motion to amend (Dkt. No. 7) is

**GRANTED**; and it is further

**ORDERED** that Annese shall—in accordance with requirements of, *inter alia*, Fed. R. Civ. P. 8(a) and N.D.N.Y. L.R. 7.1(a)(4)—file an Amended Complaint within thirty (30) days of this order; and it is further

**ORDERED** that Sodexo's motion to dismiss (Dkt. No. 3) is **DENIED** with leave to renew within fourteen (14) days after the filing of the Amended Complaint; and it is further

**ORDERED** that if Sodexo elects not to challenge the sufficiency of the Amended Complaint, it must file the appropriate responsive pleadings within the time allotted by the rules; and it is further

**ORDERED** that the parties shall contact Magistrate Judge Dancks to schedule further proceedings in accordance with this order; and it is further

**ORDERED** that the Clerk provide a copy of this Summary Order to the parties.

**IT IS SO ORDERED.**

May 8, 2012
Albany, New York

*/s/ Gary L. Sharpe*
Gary L. Sharpe
Chief Judge
U.S. District Court